IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VANESSA GONZALEZ,<br><br>    Defendant. | 8:24CR59<br><br>AMENDED ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

  The defendant appeared before the Court on December 10, 2024 regarding Petition for Action on Conditions of Pretrial Release [58]. Jeffrey Thomas represented the defendant. Joseph Meyer Mikala Purdy-Steenholdt represented the government on behalf of Mikala Purdy-Steenholdt. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

  The defendant entered an admission to violating condition(s) of release. The Court took judicial notice of the petition and violation report. The court finds the defendant freely, knowingly, intelligently, and voluntarily admitted violating release condition (k). Therefore, the Court finds the defendant violated the Order Setting Conditions of Release [26].

  The government requests an order of revocation and detention. The defendant requested a continuance which was granted. A revocation and detention hearing is scheduled before Magistrate Judge Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Monday, December 23, 2024 at 1:30 p.m.

  **IT IS SO ORDERED**.

  Dated this 10th day of December, 2024.

                   BY THE COURT:

                   s/ Michael D. Nelson
                   United States Magistrate Judge