IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR59 |
| vs. | |
| VANESSA GONZALEZ, | ORDER |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Jeffrey L. Thomas to withdraw as counsel for the defendant, Vanessa Gonzalez (Filing No. 100). Stuart J. Dornan has filed an entry of appearance as retained counsel for Vanessa Gonzalez. Therefore, Jeffrey L. Thomas' motion to withdraw (Filing No. 100) will be granted.

Jeffrey L. Thomas shall forthwith provide Stuart J. Dornan any discovery materials provided to the defendant by the government and any such other materials obtained by Jeffrey L. Thomas which are material to Vanessa Gonzalez's defense.

The Motion Hearing set for 5/7/2025 at 2:30 PM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Ryan C. Carson is canceled.

The clerk shall provide a copy of this order to Stuart J. Dornan.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge