IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR59 |
| v. | |
| VANESSA GONZALEZ, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Vanessa Gonzalez's ("Gonzalez") Motion for Leave to File Notice of Appeal Out of Time (Filing No. 136). The Court entered judgment and sentenced Gonzalez on December 23, 2025. She had until January 6, 2026 to file an appeal.

On January 6, 2026, Gonzalez left a voicemail for her counsel requesting he file a notice of appeal in her case. Her counsel was in another trial that day and could not reach Gonzalez. Gonzalez now asks the Court to allow her to file a Notice of Appeal out of time. *See* Fed. R. of App. P. 4(b)(4) (providing that the district court may "extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of time"). Given the circumstances, the Court will grant Gonzalez's motion and allow her to file a Notice of Appeal on or before January 13, 2026.

Dated this 12th day of January 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge