U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:
USA V GONZALEZ

**Case Number**:
8:24CR59-RFR

**Appellant**:
VANESSA GONZALEZ

**Attorney(s)**:

| |
|---|
| STUART J. DORNAN |
| WILLIAM P. KITCHELL |
| DORNAN, HOWARD LAW FIRM |
| 1403 FARNAM STREET |
| SUITE 232 |
| OMAHA, NE 68102 |
| 402-884-7044 |
| 206-963-6709 |

**Appellee:**
UNITED STATES OF AMERICA

**Attorney(s)**:

| |
|---|
| KIMBERLY C. BUNJER |
| U.S. ATTORNEY'S OFFICE-OMAHA |
| 1620 DODGE STREET |
| SUITE 1400 |
| OMAHA, NE 68102-1506 |
| (402) 661-3700 |

**Court Reporter(s)**:

| |
|---|
| SUE DEVETTER 402-661-7309 |
| DIGITAL RECORDER |

**Please return files and documents to**:
Omaha

**Person to contact about the appeal**:
MARY ROUNDTREE

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| N/A | Y | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| RETAINED | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**  N

**Where?**  | 120 WEDGEWOOD DRIVE, LINCOLN, NE 68510 |

**Please list all other defendants in this case if there were multiple defendants**
DARIO CALDERON-PEREDA

**Special Comments**:

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14